UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-19-5065-GF-JTJ |
| --- | --- |
| Plaintiff, | Ticket Number: 7354000<br>Location Code: M13<br>Disposition Code: PE |
| vs. | |
| TYLER HOLSTROM, | JUDGMENT IN A CRIMINAL CASE AND ORDER DISMISSING |
| Defendant. | |

The Defendant, Tyler Holstrom, was present in court and entered a plea of guilty to the charge of: OPERATE A MOTOR VEHICLE WITH A BAC >.08.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $900.00 plus $30.00 Special Assessment for OPERATE A MOTOR VEHICLE WITH A BAC >.08 for a total of $930.00, Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov. The fine shall be paid in full on or before **10/12/2019**.

    2. Defendant must complete alcohol classes and submit proof to the United States Attorney's Office; P.O. Box 3447; Great Falls, MT 59403, within six months from the date of imposition of sentence.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

IT IS FURTHER ORDERED THAT VIOLATION 7353802 is hereby DISMISSED on the motion of the United States.

Date of Imposition of Judgment: September 12, 2019.

 9/16/2019 
Date Signed

JOHN JOHNSTON
United States Magistrate Judge